# Court of Appeals
# of the State of Georgia

ATLANTA,   February 09, 2016

*The Court of Appeals hereby passes the following order:*

**A16I0125. JANNA VERNON THOMPSON v. THE STATE.**

Janna Vernon Thompson has been indicted for two counts of murder in the second degree, OCGA § 16-5-1, and two counts of cruelty to children in the second degree, OCGA § 16-5-70.  Thompson filed an application for interlocutory appeal in this court, seeking review of the trial court's order denying her general demurrer.  In *State v. Thornton*, 253 Ga. 524, 524 (322 SE2d 711) (1984), the Supreme Court directed that we transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder, and all pre-conviction appeals in murder cases."  This instruction was upheld in *State v. Murray*, 286 Ga. 258, 259 (687 SE2d 790) (2009) (if the murder count of the indictment remains pending below, jurisdiction of the appeal lies in the Supreme Court).  Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   02/09/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*